

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2022

No. 04-22-00136-CV

**BARRETT FIREARMS MANUFACTURING, INC.**, Barrett Firearms USA, Inc., and Federal Cartridge Company,
Appellants

v.

Xavier **FLORES**,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17551
Honorable Richard Price, Judge Presiding

# O R D E R

On July 27, 2022, appellant Federal Cartridge Company filed a "Motion for Admission *Pro Hac Vice* of Anthony M. Pisciotti and Danny C. Lallis." In the motion, Pisciotti and Lallis request permission from this court to appear *pro hac vice* to serve as appellate co-counsel for Federal Cartridge Company. The motion, however, does not comply with Rule 19(b) of the Rules Governing Admission to the Bar of Texas because it is not accompanied "by [a] motion of the resident practicing Texas attorney with whom the non-resident attorney[s] will be associated in the proceeding." Accordingly, we **deny** the motion **without prejudice** to refiling with the required motion in support**.**

It is so **ORDERED** on August 19, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT